UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

HELEN Y. MILLER

VERSUS

MICHAEL J. ASTRUE,
COMMISSIONER OF THE SOCIAL
SECURITY ADMINISTRATION

CIVIL ACTION

NO. 11-275-JJB-DLD

**RULING**

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated June 25, 2012 (doc. no. 19). The plaintiff filed an objection which largely restates her prior arguments, and to the extent that the factual objections have been raised, the court has conducted a *de novo* review and finds that the decision of the Administrative Law Judge is supported by substantial evidence.

Therefore, the court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the decision of the Commissioner denying benefits is AFFIRMED and the claimant's complaint is DISMISSED.

Baton Rouge, Louisiana, this 7th day of August, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA